# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURO SANCHEZ, LUIS SANTOS, ET AL., ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff(s)<br>Petitioner(s)<br><br>- against -<br><br>BELLCLAIRE, INC., A NEW YORK CORPORATION AND KYUNG LEE, INDIVIDUALLY,<br><br>Defendant(s)<br>Respondent(s) | INDEX #:<br>07 CV 3429<br>DATE FILED:<br>04/30/2007<br><br>JUDGE:<br>PAULEY |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/07/2007, 11:34AM at 156 8TH AVENUE, NEW YORK NY 10011, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND on KYUNG LEE, a defendant in the above action.

By delivering a true copy thereof to and leaving with SAM KIM/CO-WORKER, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

C/O BELLCLAIRE, INC. A/K/A BELLECLAIRE DRY CLEANERS

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 05/08/2007 addressed to defendant KYUNG LEE at 156 8TH AVENUE, NEW YORK NY 10011 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 42   Approximate height 5'06"   Approximate weight 182   Color of skin WHITE   Color of hair BLACK   Other ACCENT, ORIENTAL

SAM KIM told the deponent that KYUNG LEE was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

| | | |
|---|---|---|
| THE LAW OFFICE OF<br>JUSTIN A. ZELLER<br>C/O BRECHER FISHMAN<br>222 BROADWAY<br>19TH FLOOR<br>NEW YORK, NY 10038<br>(212)897-5859 | *Tony Conigliaro*<br>TONY CONIGLIARO   License # 1220476 | Sworn to before me on 05/08/2007<br>MAUREEN MCCAFFREY NO.01MC5018583<br>NOTARY PUBLIC, STATE OF NEW YORK<br>QUALIFIED IN SUFFOLK COUNTY<br>COMMISSION EXPIRES OCTOBER 4, 2009 |

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726