**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURO SANCHEZ, LUIS SANTOS, ET AL., ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>- against -<br><br>BELLCLAIRE, INC., A NEW YORK CORPORATION AND KYUNG LEE, INDIVIDUALLY, | INDEX #:<br>07 CV 3429<br>DATE FILED:<br>04/30/2007<br><br>Plaintiff(s)<br>Petitioner(s)<br><br>JUDGE:<br>PAULEY<br><br>Defendant(s)<br>Respondent(s) |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/07/2007, 11:34AM at 156 8TH AVENUE, NEW YORK NY 10011, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT & JURY DEMAND on BELLCLAIRE, INC., a defendant in the above action.

By delivering to and leaving with SAM KIM at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 42   Approximate height 5'06"   Approximate weight 182   Color of skin WHITE   Color of hair BLACK   Other ACCENT, ORIENTAL

THE LAW OFFICE OF
JUSTIN A. ZELLER
C/O BRECHER FISHMAN
222 BROADWAY
19TH FLOOR
NEW YORK, NY  10038
(212)897-5859

*Tony Conigliaro*
TONY CONIGLIARO   License # 1220476

Sworn to before me on 05/08/2007
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726