UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ, LUIS SANTOS, et al.,

Plaintiffs,

-vs-

BELLCLAIRE, INC. and KYUNG LEE,

Defendants.

**07 CIV. 3429 (WHP)**

**STATEMENT PURSUANT TO
FEDERAL CIVIL RULE 7.1**

Please take notice that defendant **BELLCLAIRE, INC.,** duly organized and existing under the laws of the State of New York, by their attorney pursuant to Federal Civil Rule 7.1 state as follows:

There are no parent corporations nor any publicly held corporations that own any percentage of the above named corporations.

Dated: New York, New York
        May 31, 2007

LAW OFFICE OF JONATHAN Y. SUE

_____/s/_____

By:  Jonathan Y. Sue (JS / 0738)
     *Attorney for Defendants*
     1220 Broadway, Suite 502
     New York, New York 10001
     (212) 967-1001

LAW OFFICE OF
JONATHAN Y. SUE

1220 Broadway
Suite 502
New York, NY 10001
(212) 967-1001

C:\Law Office\J Y S\S S H A\Bellclaire, Inc\7.1 Disclosure Statement.wpd

**07 CIV.  3429  (WHP)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ, LUIS SANTOS, et al.,

Plaintiffs,

-vs-

BELLCLAIRE, INC. and KYUNG LEE,

Defendants.

**STATEMENT PURSUANT TO
FEDERAL CIVIL RULE 7.1**

**LAW OFFICE OF JONATHAN Y. SUE**

By:  Jonathan Y. Sue (JS / 0738)
*Attorney for Defendants*
1220 Broadway, Suite 502
New York, New York 10001
(212) 967-1001