UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURO SANCHEZ, LUIS SANTOS, et al., <br><br> Plaintiffs, <br><br> -vs- <br><br> BELLCLAIRE, INC. and KYUNG LEE, <br><br> Defendants. | 07 CIV. 3429 (WHP) <br><br> **ANSWER CONTAINING AFFIRMATIVE DEFENSES** |

**DEFENDANTS BELLCLAIRE, INC. and KYUNG LEE BY THEIR ATTORNEY, THE LAW OFFICE OF JONATHAN Y. SUE, FOR THEIR ANSWER HEREIN:**

FIRST:    Denies each and every allegation contained within the paragraphs **1; 2; 14; 16; 20; 21; 22; 23; 24; 26; 27** and **28** of the complaint herein.

SECOND:    Denies knowledge or information sufficient to form a belief as to each and every allegation contained in Paragraphs numbered **3; 3; 4; 5; 6; 8; 9; 10; 11; 12; 13; 15; 18; 19** and **25** of the complaint herein.

THIRD:    Admits each and every allegation contained in Paragraph numbered **7** of the complaint herein and leaves all questions of law to the Court.

**AS AND FOR A FIRST SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

FOURTH:    That, the plaintiffs' complaint fails to set forth facts sufficient upon which to base a cause of action against the defendants.

FIFTH:    As a result of the foregoing, the plaintiffs' complaint must be dismissed as a matter of law.

LAW OFFICE OF
JONATHAN Y. SUE
1220 Broadway
Suite 502
New York, NY 10001
(212) 967-1001

**AS AND FOR A SECOND SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

SIXTH: Plaintiffs are estopped from bringing this action.

SEVENTH: As a result of the foregoing, plaintiffs' complaint must be dismissed as a matter of law.

**AS AND FOR A THIRD SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

EIGHTH: Plaintiffs are barred from bringing this action based on the doctrine of Laches.

NINTH: As a result of the foregoing, plaintiffs' complaint must be dismissed as a matter of law.

**AS AND FOR A FOURTH SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

TENTH: Statute of limitations.

ELEVENTH: As a result of the foregoing, plaintiffs' complaint must be dismissed as a matter of law.

**AS AND FOR A FIFTH SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

TWELFTH: Defendants at all relevant times complied with all applicable statutes and laws and therefore, plaintiffs cannot recover punitive or liquidated damages.

THIRTEENTH: As a result of the foregoing, plaintiffs' complaint must be dismissed as a matter of law.

**AS AND FOR A SIXTH SEPARATE AFFIRMATIVE COMPLETE AND/OR PARTIAL DEFENSE, DEFENDANTS ALLEGE:**

FOURTEENTH: Defendants reserve the right to assert additional defenses as plaintiffs'

LAW OFFICE OF
JONATHAN Y. SUE
1220 Broadway
Suite 502
New York, NY 10001
(212) 967-1001

claims are clarified in the course of this litigation.

**WHEREFORE**, Defendants respectfully demands judgment as follows:

(a) dismissing plaintiffs' complaint with prejudice, together with the costs and disbursements of this action and reasonable attorneys' fees;

(b) such other and further relief in favor of Defendants as this Court may deem just and proper.

Dated: New York, New York
June 14, 2007

LAW OFFICE OF JONATHAN Y. SUE

By: _____/s/_____
Jonathan Y. Sue (JS / 0738)
*Attorney for Defendants*
1220 Broadway, Suite 502
New York, New York 10001
(212) 967-1001
(212) 967-1112 (facsimile)

**To:** Law Office of Justin A. Zeller, P.C.
Attn: Justin A. Zeller, Esq.
222 Broadway, 19th Floor
New York, New York 10038
T: (212) 688-5640
F: (212) 688-2548

**07 CIV. 3429 (WHP)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ, LUIS SANTOS, et al.,

                Plaintiffs,

        -vs-

BELLCLAIRE, INC. and KYUNG LEE,

                Defendants.

**ANSWER CONTAINING AFFIRMATIVE DEFENSES**

**LAW OFFICE OF JONATHAN Y. SUE**

By:  Jonathan Y. Sue (JS / 0738)
*Attorney for Defendants*
1220 Broadway, Suite 502
New York, New York 10001
(212) 967-1001