UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURO SANCHEZ, LUIS SANTOS, et al.,<br><br>                              Plaintiffs,<br><br>     -vs-<br><br>BELLCLAIRE, INC. and KYUNG LEE,<br><br>                              Defendants. | 07 CIV. 3429 (WHP)<br><br>DEFENDANTS' RULE 26(a)(1) DISCLOSURES<br><br>ECF CASE |

    Defendants **BELLCLAIRE, INC.** and **KYUNG LEE**, by their attorney, THE LAW OFFICE OF JONATHAN Y. SUE, submit the following:

    (1) Initial Disclosures.

        (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information;

            Kyung Lee
            156 8th Avenue
            New York, New York 10011
            (917) 543-1434

    The above named individual has personal knowledge as to plaintiffs' employment activities and wages.

        (B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;

            Plaintiffs' payroll records to be forwarded when compiled

LAW OFFICE OF
JONATHAN Y. SUE
1220 Broadway
Suite 502
New York, NY 10001
(212) 967-1001

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

Defendants' costs and reasonable attorneys' fees.

(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgement which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

None.

Dated: New York, New York
August 8, 2007

                           LAW OFFICE OF JONATHAN Y. SUE

                            /s/ Jonathan Sue
                        By: Jonathan Y. Sue (JS / 0738)
                        *Attorney for Defendants*
                        1220 Broadway, Suite 502
                        New York, New York 10001
                        (212) 967-1001
                        (212) 967-1112 facsimile

**To:** Law Office of Justin A. Zeller, P.C.
    Attn: Justin A. Zeller, Esq.
    222 Broadway, 19th Floor
    New York, New York 10038
    T: (212) 860-9169
    F: (212) 421-9387

LAW OFFICE OF JONATHAN Y. SUE
1220 Broadway
Suite 502
New York, NY 10001
(212) 967-1001

C:\Law Office\J Y S\S S H A\Bellclaire, Inc\26(a)(1) Disclosure.wpd

**07 CIV. 3429 (WHP)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURO SANCHEZ, LUIS SANTOS, et al.,

          Plaintiffs,

-vs-

BELLCLAIRE, INC. and KYUNG LEE,

          Defendants.

**DEFENDANTS' RULE 26(a)(1) DISCLOSURES**

**LAW OFFICE OF JONATHAN Y. SUE**

By: Jonathan Y. Sue (JS / 0738)
*Attorney for Defendants*
1220 Broadway, Suite 502
New York, New York 10001
(212) 967-1001