USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
LAURO SANCHEZ et al., *on behalf of themselves and all other persons similarly situated*, :

            Plaintiffs, :

    -against- :

BELLCLAIRE, INC., et al., :

           Defendants. :
------------------------------X

07 Civ. 3429 (WHP)

SCHEDULING ORDER No. 1

WILLIAM H. PAULEY III, District Judge:

    Counsel for the parties having appeared for an initial pre-trial conference before this Court on August 3, 2007, the following schedule is entered on their consent:

1. Plaintiffs shall file and serve their motion for collective action certification by August 24, 2007;

2. Defendants shall file and serve their opposition by September 5, 2007;

3. Plaintiffs shall file and serve their any reply by September 10, 2007;

4. This Court will hear oral argument on September 28, 2007 at 11:30 a.m.;

5. All discovery shall be completed by October 31, 2007;

6. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by November 30, 2007; and

7. This Court will hold a final pre-trial conference on December 14, 2007 at 10:00 a.m.

Dated: August 9, 2007
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record*:

Justin Alexander Zeller, Esq.
Law Office of Justin A. Zeller, P.C.
222 Broadway
19th Floor
New York, NY 10038
*Counsel for Plaintiffs*

Jonathan Y. Sue, Esq.
Law Office of Jonathan Y. Sue
1220 Broadway
Suite 502
New York, NY 10001
*Counsel for Defendants*