```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LAURO SANCHEZ, et. al.

                Plaintiffs,

-against-

BELLCLAIRE, INC., a New York Corporation,
and KYUNG LEE, individually,

                Defendants.
------------------------------------------------X

07 Civ. 3429 (WHP)

~~Proposed~~ Revised
Scheduling Order

WILLIAM H. PAULEY III, District Judge:

1. Plaintiffs shall ~~filed~~ and serve their motion for collective action certification by September 4, 2007;

2. Defendants shall file and serve their opposition by September 17, 2007;

3. Plaintiffs shall file and serve any reply by September 25, 2007;

4. This Court will hear oral argument on October 26, 2007 at 11:30 a.m.;

5. All discovery shall be completed by October 31, 2007.

6. The parties shall submit a joint pre-trial order in accordance with this ourt's individual practices by November 30, 2007; and

7. This Court will hold a final pre-trial conference on December 14, 2007 at 10:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.
8/30/07

Counsel of record:

Justin Alexander Zeller, Esq.