USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LAURO SANCHEZ et al., *on behalf of themselves and all other persons similarly situated*,

           Plaintiffs,

-against-

BELLCLAIRE, INC., et al.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 3429 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiffs having failed to file a motion for collective action certification pursuant to this Court's August 9, 2007 Order, the oral argument scheduled for October 26, 2007 at 11:30 a.m. is cancelled. Counsel for the parties are directed to appear for a status conference on November 16, 2007 at 11:45 a.m. Failure to appear by Counsel for Plaintiffs may result in dismissal of this civil action for failure to prosecute.

Dated: October 24, 2007
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of record*:

Justin Alexander Zeller, Esq.
Law Office of Justin A. Zeller, P.C.
222 Broadway
19th Floor
New York, NY 10038
*Counsel for Plaintiffs*

Jonathan Y. Sue, Esq.
Law Office of Jonathan Y. Sue
1220 Broadway
Suite 502
New York, NY 10001
*Counsel for Defendants*