UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                          :
LAURO SANCHEZ et al.,                     :
                                          :
                  Plaintiffs,             :    07 Civ. 3429 (WHP)
                                          :
          -against-                       :    SCHEDULING ORDER No. 2
                                          :
BELLCLAIRE, INC., et al.,                 :
                                          :
                  Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff having requested an extension of the discovery deadline in this action, the following schedule is established on consent of the parties:

        1. All discovery shall be completed by January 2, 2008;

        2. The parties shall submit a joint pre-trial order in accordance with this Court's individual practices by January 30, 2008; and

        3. This Court will hold a final pre-trial conference on February 15, 2008 at 11:00 a.m.

Dated: November 19, 2007
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of record*:

Justin Alexander Zeller, Esq.
Law Office of Justin A. Zeller, P.C.
222 Broadway
19th Floor
New York, NY 10038
*Counsel for Plaintiffs*

Jonathan Y. Sue, Esq.
Law Office of Jonathan Y. Sue
1220 Broadway
Suite 502
New York, NY 10001
*Counsel for Defendants*