THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
JAZELLER@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

January 25, 2008

**BY HAND**

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 11201

Re:   SANCHEZ V. BELLCLAIRE
      Docket No.: ~~06 cv 1781~~ 07 cv 3429

Dear Judge Pauley,

The undersigned is counsel to Plaintiffs in the above-referenced matter. I write to request an extension of time to complete discovery. Defense counsel has consented to the extension.

The current date set down by the Court for the completion of discovery was **1/2/2008**. The Joint Pretrial Order is currently due by **1/30/2008**, and there is a Final Pretrial Conference set for **2/15/2008** at 11:00 AM.

Both sides are rigorously trying to complete all depositions as soon as possible and have scheduled depositions for January 28, 2008 and in early February.

Therefore, counsel for Plaintiffs and Defendants respectfully request that the discovery deadline be extended to **February 28, 2008** and that the deadline for submissions of the Joint Pretrial Order be extended to **March 27, 2008** and that the Pretrial Conference be extended to **April ~~10~~ 18, 2008** at 9:45 a.m.

Respectfully submitted,

/S JUSTIN A. ZELLER

Justin A. Zeller
*Counsel to Plaintiffs*

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
2/5/2008