*Application, docket #15 granted. Discovery is due by April 16, 2008. The parties shall submit a joint pre-trial order by May 14, 2008 and this Court will hold a final pre-trial conference on June 13, 2008 at 10:30am*

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
2/29/2008

# THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
JAZELLER@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2008

February 28, 2008

FEB 28 2008

VIA ECF

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 11201

    Re:   SANCHEZ V. BELLCLAIRE
            Docket No.: 06 cv 3429

Dear Judge Pauley,

    The undersigned is counsel to Plaintiffs in the above-referenced matter. I write, with Defendants consent, to request an extension of time to complete discovery.

    The above matter concerns five workers claiming unpaid overtime wages. As of today's date, three of the plaintiffs have been deposed. My adversary and I attempted to find a date to depose the individually named defendant, but were unsuccessful, mainly due to defendant's recent surgery.

    I am unpleased to report that I have tried, and failed, to reach the two remaining plaintiffs to be deposed. I have called and written yet still have not received responses.

    The current date Ordered by the Court for the completion of discovery is 2/28/08. The Joint Pretrial Order is currently due by 3/27/2008, and there is a Final Pretrial Conference set for 4/18/2008 at 9:45 PM.

    I request that the discovery deadline be extended by six (6) weeks and that the remaining dates be adjourned to dates convenient for the Court.

    Should the remaining plaintiffs, yet to be deposed, fail to contact me, it is my intention to move swiftly to be removed as their counsel so as avoid delaying this case further.

I thank the Court very much for Its time and consideration.

Respectfully submitted,

/S JUSTIN A. ZELLER

Justin A. Zeller
*Counsel to Plaintiffs*