THE LAW OFFICE OF JUSTIN A. ZELLER, P.C.
251 WEST 14TH STREET
NEW YORK, NY 10011
PHONE (212) 229-2249
FAX (212) 229-2246
JAZELLER@ZELLERLEGAL.COM

June 12, 2008

**BY HAND**

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   SANCHEZ V. BELLCLAIRE
           Docket No.: ~~06 cv 1781~~
           07 CV 3429

Dear Judge Pauley,

    The undersigned is counsel to Plaintiffs in the above-referenced matter. I write to update the Court on the progress of this case.

    There is currently a pretrial conference scheduled for tomorrow, June 13, at 10:30 a.m. I believe the conference should not be held tomorrow because both sides are in need of further discovery.

    Despite my efforts, I have not been able to schedule a date to depose the individually named defendant. Further, despite my best efforts, I cannot locate plaintiff Baldomero Vasquez.

    I apologize profusely for the delay in litigating this matter. The Court should be receiving from Plaintiff, forthwith, a Motion to Withdraw as Counsel for Mr. Baldomero Vasquez.

    I thank the Court for Its time.

                Respectfully submitted,

                Justin A. Zeller
                *Counsel to Plaintiffs*

cc: Jonathan Y. Sue, counsel for defendants, via fax at 212.967.1112   *Application denied.*
                                                                   SO ORDERED.

                                                        William H. Pauley III U.S.D.J.
                                                        6/12/2008