UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
　　　　　　　　　　　　　　　　　　　　:
LAURO SANCHEZ et al.,
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiffs,　　　　　　　　　07 Civ. 3429 (WHP)
　　　　　　　　　　　　　　　　　　　　:
　　　　　-against-　　　　　　　　　　　SCHEDULING ORDER
　　　　　　　　　　　　　　　　　　　　:
BELLCLAIRE, INC., et al.,
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

　　　　　Counsel for the parties having appeared for a June 13, 2008 conference, the following is established on consent:

　　　　1. All claims brought by Plaintiff Baldomero Vazquez are dismissed for failure to cooperate with counsel;

　　　　2. Claims brought by any plaintiff who has not submitted to a deposition by July 14, 2008 shall be dismissed; and

　　　　3. Plaintiffs shall take the deposition of Defendant Kyung Lee by July 14, 2008.

Dated: June 13, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. PAULEY III
　　　　　　　　　　　　　　　　　　　U.S.D.J.

*Counsel of record*:

Justin Alexander Zeller, Esq.
Law Office of Justin A. Zeller, P.C.
222 Broadway
19th Floor
New York, NY 10038
*Counsel for Plaintiffs*

Jonathan Y. Sue, Esq.
Law Office of Jonathan Y. Sue
1220 Broadway
Suite 502
New York, NY 10001
*Counsel for Defendants*