```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANCHEZ, et al.,

                    Plaintiffs,                    07 Civ. 3429 (DF)

        -against-                                  ORDER

BELLCLAIRE, INC., et al.,

                    Defendants.
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a conference on August 14, 2008 with counsel for both parties, it is hereby ORDERED, as stated on the record of that conference, as follows:

1. All fact discovery shall be completed by September 5, 2008.

2. If Defendants wish to move for summary judgment in this action, then Defendants shall serve and file a summary judgment motion no later than September 30, 2008; Plaintiffs shall serve and file their opposition no later than October 15, 2008, and Defendants shall serve and file reply papers, if any, no later than October 31, 2008.

3. The parties are directed to submit a joint status letter to my chambers by September 30, 2008.

Dated:  New York, New York
        August 20, 2008

                                                    SO ORDERED

                                                    _____
                                                    DEBRA FREEMAN
                                                    United States Magistrate Judge

Copies to:

Justin A. Zeller, Esq.
The Law Office of Justin A. Zeller, P.C.
222 Broadway, 19th Floor
New York, New York 10038

Jonathan Yoon Sue, Esq.
1220 Broadway
New York, New York 10001